No. 686. DUMAINE v. SECURITIES AND EXCHANGE COMMISSION. C. A. 1st Cir. Certiorari denied. *John J. Burns* for petitioner. *Solicitor General Soboloff, William H. Timbers, Arden L. Andresen* and *Elizabeth B. A. Rogers* for respondent.

No. 687. CLIFFORD ET AL. v. OHIO. Supreme Court of Ohio. Certiorari denied. *Raymond T. Jackson* and *Charles D. Johnson* for petitioners. *Frank T. Cullitan* and *Gertrude M. Bauer* for respondent.

No. 688. AUTOMATIC DIE & PRODUCTS CO. v. CAMPBELL ET AL., TRUSTEES. Supreme Court of Ohio. Certiorari denied. *Lawrence C. Spieth* for petitioner. *Morris Berick* for respondents.

No. 689. LEFORS v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Maury Hughes* for petitioner. *John Ben Shepperd*, Attorney General of Texas, and *Robert O. Fagg*, Assistant Attorney General, for respondent.

No. 691. ELLIOTT v. OREGON. Supreme Court of Oregon. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioner.

No. 693. COHEN ET AL., EXECUTORS, v. GLASS, EXECUTRIX, ET AL. C. A. 2d Cir. Certiorari denied. *Meyer Kraushaar* for petitioners. *Joseph P. Tumulty, Jr.* for Glass et al.; and *Ralph Montgomery Arkush* for the Middle States Petroleum Corporation, respondents.